**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **JCCS, INC. and DAVID RISEN,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | **CIVIL NO. 6:24-CV-632-ADA-DNM** |
| | § | |
| **MEDELLIN CONCRETE CHIPPING** | § | |
| **SERVICE, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dan N. MacLemore. ECF No. 21. The report recommends that this Court **GRANT-IN-PART** and **DENY-IN-PART** Plaintiff's Motion for Summary Judgment (ECF No. 16). Specifically, the report recommends that this Court **GRANT** JCCS's Motion for Summary Judgment as to declaring JCCS as the senior user of the "JCCS" mark and canceling Medellin's registration of the "JCCS" trademark and **DENY** JCCS's Motion for Summary Judgement as to damages.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error

on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge MacLemore (ECF No. 21) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion (ECF No. 16) is **GRANTED-IN-PART** and **DENIED-IN-PART**. Specifically, the Court **GRANTS** JCCS's Motion for Summary Judgment as to declaring JCCS as the senior user of the "JCCS" mark and canceling Medellin's registration of the "JCCS" trademark and **DENIES** JCCS's Motion for Summary Judgement as to damages.

**SIGNED** 04/01/2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

2